# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATALIA CHANG | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2928 |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW**, this 26th day of October 2018, upon considering Defendant's partial Motion to dismiss (ECF Doc. No. 7), Plaintiff's Response (ECF Doc. No. 8), Defendant's Reply (ECF Doc. No. 9) and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's partial Motion to dismiss (ECF Doc. No. 7) is **GRANTED** as Plaintiff has not exhausted her plead retaliation claim;

2. Plaintiff shall file an Amended Complaint no later than **November 5, 2018** alleging her failure to accommodate and discrimination claims under the Rehabilitation Act; and,

3. Defendant shall answer the Amended Complaint no later than **November 19, 2018**.

_____
KEARNEY, J.